UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, ss.                                    Civil Action No.

DAMON ASHER (Formerly Damon )
Milhem)                      )
    Plaintiff,           )
v.                           )          04-40071
                             )
DISCOVER FINANCIAL          )
SERVICES, INC.              )
    Defendant           )
                             )

## CORPORATE DISCLOSOURE STATEMENT

Defendant, Discover Financial Services, Inc., states that it is a wholly owned subsidiary of NOVUS Credit Services, Inc., a Delaware corporation with its principal place of business in Riverwoods, Illinois, and NOVUS Credit Services, Inc. is a wholly owned subsidiary of the public parent company Morgan Stanley.

                                Respectfully submitted,

                                DISCOVER FINANCIAL SERVICES, INC.
                                By its attorneys,

                                Kevin C. Maynard, BBO #550669
                                Andrew J. Drayer, BBO# 647192
                                BULKLEY, RICHARDSON & GELINAS, LLP
                                One Post Office Square, Suite 3700
                                Boston, MA  0109

Dated: May 6, 2004                 Phone: (617) 368-2500
                                Fax:   (617) 368-2525

## CERTIFICATE OF SERVICE

I, Andrew J. Drayer, hereby certify that a true and accurate copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on May 6, 2004.

_____
Andrew J. Drayer