

BULKLEY, RICHARDSON AND GELINAS, LLP

LAW OFFICES
1500 MAIN STREET, SUITE 2700
POST OFFICE BOX 15507
SPRINGFIELD, MA 01115-5507

TEL. (413) 781-2820
FAX. (413) 272-6804

KEVIN C MAYNARD
DIRECT DIAL (413) 272-6244
KMAYNARD@BULKLEY.COM

April 30, 2004

Kimberly J. Asher, Esquire
102 Stoneleigh Road
Holden, MA 01520

Re: Damon Asher (formerly Damon Milhem) v. Discover Financial Services, Inc.
C.A. No. 0461 CV 110

Dear Ms. Asher:

This will confirm my telephone conversation with you, in which you agreed to grant an extension of time to and including May 27, 2004 within which to respond to your client's complaint in the captioned case. Thank you for your cooperation.

Enclosed please find the letter to the Clerk's office canceling the hearing scheduled for May 5, 2004 at 10:00 am.

Very truly yours,

Kevin C. Maynard

KCM/cmg