UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Central Division                                     Civil Action No. 04 CV 40071 NMG

| | |
|---|---|
| DAMON ASHER (Formerly Damon ) Milhem)  )<br>    Plaintiff,  )<br>v.  )<br>   )<br>DISCOVER FINANCIAL  )<br>SERVICES, INC.  )<br>    Defendant  )<br>   ) | **ASSENTED-TO MOTION OF DISCOVER FINANCIAL SERVICES, INC. TO EXTEND THE TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** |

Defendant, Discover Financial Services, Inc. ("Discover"), hereby respectfully moves to extend the time for Discover to file a responsive pleading to the plaintiff's Amended Complaint until (10) days following the entry of any order with regard to the plaintiff's May 24, 2004 Motion to Remand. As grounds for this motion, Discover states as follows:

1.    The present action was removed from the Leominster District Court by Discover on May 7, 2004.

2.    On May 11, 2004, Plaintiff filed his Objection to Defendant's Notice of Removal. Discover filed a response to the Objection on May 17, 2004.

3.    Subsequently, counsel for Discover initiated a conference with counsel for the plaintiff, pursuant to Local Rule 7.1(2), to advise the plaintiff that Discover intended to file a motion to dismiss the plaintiff's Complaint.

4.    On May 24, 2004, counsel for the plaintiff informed counsel for Discover that the plaintiff intended to file an amended complaint, omitting the purported Federal claim contained within the original Complaint, and intended to file a motion to remand to

state court. On the same day, the plaintiff did in fact file his Amended Complaint and also filed a motion to remand to state court.

5. Because a response to the plaintiff's Amended Complaint, pursuant to Fed. R. Civ. P. 15, is due prior to the date by which an opposition to the plaintiff's motion to remand is due, Discover requests that this Court extend the time for Discover to answer or otherwise move until ten (10) days after the Court addresses the motion to remand.

6. Discover does not anticipate opposing the plaintiff's motion to remand the case to state court because the plaintiff has amended the Complaint to exclude the purported Federal claim.

7. Plaintiff's counsel has assented to this Motion.

WHEREFORE, Discover respectfully requests that this Court extend the time for Discover to file a responsive pleading to the plaintiff's Amended Complaint until (ten) 10 days from the date of entry on plaintiff's motion to remand to state court.

Respectfully submitted,

DISCOVER FINANCIAL SERVICES, INC.
By its attorneys,

   /s/ Andrew J. Drayer
Kevin C. Maynard, BBO #550669
Andrew J. Drayer, BBO#647192
BULKLEY, RICHARDSON AND
GELINAS, LLP
One Post Office Square, Suite 3700
Boston, MA  0109
Phone:  (617) 368-2500

ASSENTED-TO BY:
PLAINTIFF, DAMON ASHER
By his attorney,

  /s/ Kimberly J. Asher (AJD)
Kimberly J. Asher, BBO #657115
102 Stoneleigh Road
Holden, MA 01520
Phone: (781) 290-5788
Fax: (781) 290-5789
Dated:  May 26, 2004

3