UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Asher,
    Plaintiff(s)

                              CIVIL ACTION
V.                          NO. 04-40071-FDS

Discover Financial Services, Inc.,
    Defendant(s)

**SAYLOR, D.J.**

**ORDER FOR REMAND**

In accordance with the Court's allowance of Motion to remand issued on 7/1/04 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester District Court, Leominster Division for further proceedings.

                                            By the Court,

DATED: <u>July 1, 2004</u>

                                            <u>/s/ Martin Castles</u>
                                            Deputy Clerk